# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE OSBY,<br><br>        Petitioner,<br><br>    v.<br><br>KEN CLARK, Warden<br><br>        Respondent. | 1:08-cv-01481-AWI-DLB (HC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATION FILED OCTOBER 8, 2008, DENYING PETITIONER'S MOTION TO HOLD PROCEEDING IN ABEYANCE, AND DIRECTING PETITIONER TO SUBMIT AMENDED PETITION<br><br>[Docs. 13, 15] |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      Petitioner filed the instant petition on July 16, 2008, in the United States District Court for the Central District of California. (Court Doc. 1.) The petition was transferred to this Court on September 30, 2008. (Court Doc. 10.)

      On October 8, 2008, the undersigned issued a Findings and Recommendation recommending that the petition be dismissed, without prejudice, as a successive petition. (Court Doc. 13.) On October 27, 2008, Petitioner filed objections to the Recommendation. (Court Doc. 17.) In his objections, Petitioner clarifies that he is wishes to challenge the Board of Parole Hearings (BPH) denial of parole in 2007. (Id.) Based on Petitioner's clarification, the instant petition is not successive of the prior petition filed in the Central District of California in case number CV 07-4439-ODW (PLA), Osby v. J.F. Salazar. Accordingly, Petitioner's motion to hold the proceedings in abeyance pending permission to file a successive petition in the Ninth Circuit, is MOOT, and shall be denied on that basis. (Court Doc. 15.)

However, the sole ground of the petition filed on July 16, 2008, alleges:

> I was sentenced to a total fixed term of 19 years, I also was court ordered to be housed at (CYA) California Youth Authority until my 25th birthday. I was never housed in (CYA) and was shipped to prison without the opportunity to retract my guilty plea.

(Petition at 5.)

The facts alleged in the petition do not make clear that Petitioner is attempting to challenge the BPH's 2007 denial of parole. Accordingly, Petitioner is directed to file an amended petition to clarify his claim(s) for relief.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Findings and Recommendation filed October 8, 2008, is VACATED;

2. Petitioner's motion to hold the proceedings in abeyance, filed on October 23, 2008, is DENIED as MOOT;

3. Within **thirty (30)** days from the date of service of this order, Petitioner shall submit an AMENDED PETITION that clearly lists each ground for relief petitioner intends to raise in this Court along with a brief statement of supporting facts. The amended petition should be clearly and boldly titled "AMENDED PETITION," contain the appropriate case number, and be an original signed under penalty of perjury. Petitioner should also note that every pleading to which an amendment or supplement is permitted must be retyped and filed so that it is complete in itself without reference to the prior or superseded pleading. Local Rule 15-220; and,

4. The Clerk of Court is DIRECTED to send petitioner a blank form petition for petitioners filing pursuant to 28 U.S.C. § 2254.

Petitioner is forewarned that his failure to comply with this order may result in a Recommendation that the petition be dismissed pursuant to Local Rule 11-110.

IT IS SO ORDERED.

Dated:   **November 24, 2008**           **/s/ Dennis L. Beck**
                                                            UNITED STATES MAGISTRATE JUDGE